# EXHIBIT "A"

**FLYNN & ASSOCIATES, P.C.**
BY: ALFRED J. FALCIONE, ESQUIRE
I.D. #71386
2000 Academy Drive / Suite 200
Mount Laurel, NJ 08054
(856) 669-6100
Attorneys for Plaintiff(s)

**MAJOR CASE**

*Filed and Attested by the Office of Judicial Records 02 DEC 2024 11:14 am*
OFFICE OF JUDICIAL RECORDS
A. BREWINGTON
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Plaintiff(s) | : | COURT OF COMMON PLEAS<br>COUNTY OF PHILADELPHIA |
| DR. RUSSELL I. ABRAMS as GUARDIAN OF THE PERSON and OF THE ESTATE OF HERBERT SEGAL<br>105 Renaissance Drive<br>Cherry Hill, New Jersey 08003 | : | CIVIL ACTION |
| vs. | : | TERM |
| Defendant(s) | : | NO. |
| AMAZON.COM, INC.<br>410 Terry Avenue North<br>Seattle, WA 98109<br>and<br>JOHN DOES 1 through 5 | : | |

**COMPLAINT - CIVIL ACTION**
**2V-Motor Vehicle Accident**

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for amy money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association
Lawyer Referral & Information One Reading Center
N.W. Corner 11th & Market Sts.
Philadelphia, Pennsylvania 19107
Telephone: (215) 238 1701

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Asociacion De Licenciados De Filadelfia
Servicio De Referencia E. Informacion
One Reading Center
Noreste Esquina 11th Y La Calle Market
Filadelfia, Pennsylvania 19107
Telefona: (215) 238-1701

**FLYNN & ASSOCIATES, P.C.**
BY: ALFRED J. FALCIONE, ESQUIRE
I.D. #71386
2000 Academy Drive / Suite 200
Mount Laurel, NJ 08054
(856) 669-6100
Attorneys for Plaintiff(s)

**MAJOR CASE**

| | | |
|---|---|---|
| Plaintiff(s) | : | COURT OF COMMON PLEAS<br>COUNTY OF PHILADELPHIA |
| DR. RUSSELL I. ABRAMS as GUARDIAN OF THE PERSON and OF THE ESTATE OF HERBERT SEGAL<br>105 Renaissance Drive<br>Cherry Hill, New Jersey 08003 | : | CIVIL ACTION |
| vs. | : | TERM |
| Defendant(s) | : | NO. |
| AMAZON.COM, INC.<br>410 Terry Avenue North<br>Seattle, WA 98109<br>and<br>JOHN DOE | : | |

**COMPLAINT - CIVIL ACTION**
**2V- Motor Vehicle Accident**

**Introductory Count - Parties**

Now comes the plaintiff, Russell I. Abrams as Guardian of the Person and Estate of Herbert Segal, by his attorney Alfred J. Falcione, Esquire and files within Complaint.

1. Plaintiff, Dr. Russell I. Abrams is an adult individual residing at 105 Renaissance Drive, Cherry Hill, New Jersey 08003.

2. On June 17, 2024, the Court of Common Pleas of Delaware County, Pennsylvania, Orphan's Court Division did enter a Decree

declaring that Herbert Segal was a totally incapacitated person and did appoint Plaintiff, Dr. Russell I. Abrams as the Guardian of the Person and of the Estate of Herbert Segal. A copy of the Court's Decree is attached hereto as Exhibit "A".

3. Defendant, Amazon. Com, Inc. is a corporation organized and existing under the laws of the State of Delaware and whose corporate headquarters are located at 410 Terry Avenue North, Seattle, WA and whose registered agent in the Commonwealth of Pennsylvania is Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, Pennsylvania 17110 and who does maintain various places of business throughout the Commonwealth of Pennsylvania including but not limited to warehouses/distribution centers located at 6901 Elmwood Avenue and 7575 Brewster Avenue in the City and County of Philadelphia.

## First Count

4. On or about December 11, 2023, at approximately 2:45 PM, Herbert Segal was a pedestrian crossing the road at the intersection of Grant Avenue and Roosevelt Boulevard in the City and County of Philadelphia.

5. On the date, time and location as aforesaid, a presently unknown employee, agent and/or servant of the Defendant Amazon.Com, Inc. was operating a motor vehicle within the scope of their employment, agency and/or servitude with the Defendant Amazon.Com, Inc.

6. At the date, time and location as aforesaid, the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1, did operate the aforesaid motor vehicle in a careless and/or negligent manner so as to cause the motor vehicle to strike pedestrian Herbert Segal and which said collision resulted in pedestrian Herbert Segal to sustain severe and serious personal injuries and damages as hereinafter set forth.

7. The injuries and damages hereinafter set forth was caused solely by and were the direct and proximate result of the carelessness and/or negligence of the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1, in any and/or all of the following respects:

A. In operating the motor vehicle without making proper observations for pedestrians;

B. In operating the motor vehicle while their vision was hindered and/or obscured;

C. In failing to have the motor vehicle under proper and adequate control;

D. In operating the motor vehicle as a high, dangerous and/or careless speed under the circumstances;

E. In operating the motor vehicle when the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as John Doe 1, saw or in the exercise of

reasonably due diligence should have seen that continued operation in would result in a collision with pedestrian Herbert Segal;

F. In failing to operate the brakes of the motor vehicle in such a manner so as prevent the motor vehicle from colliding with pedestrian Herbert Segal;

G. In failing to yield the right of way to pedestrian Herbert Segal.

8. Solely as a direct and proximate result of the carelessness and/or negligence of the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1 as aforesaid, Herbert Segal has sustained the following injuries all of which are or may be of serious and permanent nature and which include but are not limited to traumatic brain injury, compound fractures to the right leg, abrasions to the face and a hematoma to the back of the head.

9. As a further a direct and proximate result of the carelessness and/or negligence of the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1 as aforesaid and the injuries as a aforesaid, Herbert Segal and/or the Estate of Herbert Segal was caused to incur, continues to incur and will incur in the future, diverse and ruinous medical expenses including but not limited to large sums of money for surgical and medical attention, hospitalizations, medical supplies, surgical appliances, medicines, long-term assisted living and/or rehabilitation facilities, nursing and attendant services.

10. As a further a direct and proximate result of the carelessness and/or negligence of the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1 as aforesaid and the injuries as aforesaid, Herbert Segal has suffered and will continue to suffer great pain, suffering, inconvenience, embarrassment and mental anguish.

WHEREFORE, Plaintiff Dr. Russell I. Abrams as Guardian of the Person and of the Estate of Herbert Segal demands judgment against the Defendants Amazon.Com, Inc. and/or John Doe 1 on this Count in an amount in excess of Fifty Thousand and 00/100 ($50,000.00) Dollars, plus interest and costs.

**FLYNN & ASSOCIATES, P.C.**

BY: [signature]
Alfred J. Falcione, Esquire
Attorney for the Plaintiff

DATED: 11/29/24

# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA
ORPHAN'S COURT DIVISION

| | | |
|---|---|---|
| In re: Estate of Herbert Segal,<br>an alleged Incapacitated Person<br><br>DOB [redacted] | : | Orphan's Court No. 0322-2024-O |

**DECREE**

AND NOW, this 17th day of June 2024, upon consideration of the Petition of Kindred Hospital for Adjudication of Incapacity and the Appointment of Plenary Guardian of the Person and of the Estate of Herbert Segal, and after hearing held, this Court finds by clear and convincing evidence that:

1. HERBERT SEGAL is [redacted] years of age and is a domiciliary of Delaware County, PA.

2. HERBERT SEGAL has been diagnosed with a Traumatic Brain Injury.

3. HERBERT SEGAL's mental disabilities so impair his capacity to receive and evaluate information effectively and to make and communicate decisions that he is totally unable to manage his financial affairs and meet essential requirements for his physical health and safety.

4. HERBERT SEGAL is in need of guardianship services.

Accordingly, it is hereby ORDERED and DECREED that HERBERT SEGAL is adjudged a totally incapacitated person and that DR. RUSSELL IRA ABRAMS is appointed Plenary Guardian of the Person and Estate of HERBERT SEGAL, an incapacitated person with powers and duties including, but not limited to the following: (1) to determine any needs for and

the provision of medical treatment; (2) to provide for the continued care and well-being of HERBERT SEGAL, including to consent to and authorize admission to a long-term care or other appropriate care facility; (3) to oversee his care at any long-term care or other facility; (4) to complete and as necessary to sign any necessary insurance and Medical Assistance forms for the provision of necessary care and/or coverage thereof; (5) to ascertain the amount and extent of any assets of and to use such funds as necessary to fulfill the preceding duties; (6) to ascertain the amount and extent of any assets of the alleged incapacitated; and (7) any other necessary provisions for the continued care and well-being of HERBERT SEGAL all in accordance with the provision of 20 Pa. C.S.A. §5501 et seq. and as limited therein. Bond is waived.

It is further ORDERED that all previously executed powers of attorney are hereby revoked.

The said Plenary Guardian of the Estate is directed to file an Inventory within Ninety (90) days of the date of this Decree in accordance with the provisions of 20 Pa. C.S.A. § 5521(b) and § 5142, and shall have the authority to spend reasonable amounts from income for the care and maintenance of HERBERT SEGAL without Court approval, but is not permitted to expend principal of the incapacitated person's estate without permission of the Court in accordance with the provisions of 20 Pa. C.S.A. § 5536. Any Will of HERBERT SEGAL shall be presented to the Court for its inspection at the time of filing of the Inventory. Such Will shall not be available for public inspection.

The said Plenary Guardian shall file Annual Reports at least once within the first twelve (12) months of the appointment and at least annually thereafter in accordance with the provisions of 20 Pa. C.S.A. § 5521(c)(1)(i) and (c)(1)(ii).

Within sixty days after the death of the incapacitated person or an adjudication of capacity, the Plenary Guardian of the Person shall file a Final Report with the court pursuant to 20 Pa. C.S.A. §5521(c)(2).

Accordingly, counsel for the Petitioner shall cause to be served upon and read to HERBERT SEGAL a copy of this Decree and Statement of Rights, and file proof of such service with the court within ten (10) days.

BY THE COURT:

[signature] J.

## VERIFICATION

I, Dr. Russell I. Abrams as Guardian of the Person and of the Estate of Herbert Segal, certify that I am the within-named plaintiff and that the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsifications to authorities.

Russell Abrams

Russell I. Abrams

DATED: 11/20/24

Signature: Russell Abrams (Nov 20, 2024 12:50 EST)

Email: neurodocruss@aol.com

# EXHIBIT "B"

**FLYNN & ASSOCIATES, P.C.**
BY: ALFRED J. FALCIONE, ESQUIRE
I.D. #71386
2000 Academy Drive / Suite 200
Mount Laurel, NJ 08054
(856) 669-6100
Attorneys for Plaintiff(s)

**MAJOR CASE**

Filed and Attested by the Office of Judicial Records 02 DEC 2024 11:44 am
A. BREWINGTON

| | | |
|---|---|---|
| Plaintiff(s) | : | COURT OF COMMON PLEAS COUNTY OF PHILADELPHIA |
| DR. RUSSELL I. ABRAMS as GUARDIAN OF THE PERSON and OF THE ESTATE OF HERBERT SEGAL | : | |
| 105 Renaissance Drive | : | CIVIL ACTION |
| Cherry Hill, New Jersey 08003 | : | |
| vs. | : | TERM |
| Defendant(s) | : | NO. |
| AMAZON.COM, INC. | : | |
| 410 Terry Avenue North | | |
| Seattle, WA 98109 | : | |
| and | | |
| JOHN DOES 1 through 5 | : | |

**COMPLAINT - CIVIL ACTION**
**2V-Motor Vehicle Accident**

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for amy money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association
Lawyer Referral & Information One Reading Center
N.W. Corner 11th & Market Sts.
Philadelphia, Pennsylvania 19107
Telephone: (215) 238 1701

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Asociacion De Licenciados De Filadelfia
Servicio De Referencia E. Informacion
One Reading Center
Noreste Esquina 11th Y La Calle Market
Filadelfia, Pennsylvania 19107
Telefona: (215) 238-1701

**FLYNN & ASSOCIATES, P.C.**
BY: ALFRED J. FALCIONE, ESQUIRE
I.D. #71386
2000 Academy Drive / Suite 200
Mount Laurel, NJ 08054
(856) 669-6100
Attorneys for Plaintiff(s)

**MAJOR CASE**

| | | |
|---|---|---|
| Plaintiff(s) | : | COURT OF COMMON PLEAS<br>COUNTY OF PHILADELPHIA |
| DR. RUSSELL I. ABRAMS as GUARDIAN OF THE PERSON and OF THE ESTATE OF HERBERT SEGAL<br>105 Renaissance Drive<br>Cherry Hill, New Jersey 08003 | : | CIVIL ACTION |
| vs. | : | TERM |
| Defendant(s) | : | NO. |
| AMAZON.COM, INC.<br>410 Terry Avenue North<br>Seattle, WA 98109<br>and<br>JOHN DOE | : | |

**COMPLAINT - CIVIL ACTION**
**2V- Motor Vehicle Accident**

**Introductory Count - Parties**

Now comes the plaintiff, Russell I. Abrams as Guardian of the Person and Estate of Herbert Segal, by his attorney Alfred J. Falcione, Esquire and files within Complaint.

1. Plaintiff, Dr. Russell I. Abrams is an adult individual residing at 105 Renaissance Drive, Cherry Hill, New Jersey 08003.

2. On June 17, 2024, the Court of Common Pleas of Delaware County, Pennsylvania, Orphan's Court Division did enter a Decree

declaring that Herbert Segal was a totally incapacitated person and did appoint Plaintiff, Dr. Russell I. Abrams as the Guardian of the Person and of the Estate of Herbert Segal. A copy of the Court's Decree is attached hereto as Exhibit "A".

3. Defendant, Amazon. Com, Inc. is a corporation organized and existing under the laws of the State of Delaware and whose corporate headquarters are located at 410 Terry Avenue North, Seattle, WA and whose registered agent in the Commonwealth of Pennsylvania is Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, Pennsylvania 17110 and who does maintain various places of business throughout the Commonwealth of Pennsylvania including but not limited to warehouses/distribution centers located at 6901 Elmwood Avenue and 7575 Brewster Avenue in the City and County of Philadelphia.

**First Count**

4. On or about December 11, 2023, at approximately 2:45 PM, Herbert Segal was a pedestrian crossing the road at the intersection of Grant Avenue and Roosevelt Boulevard in the City and County of Philadelphia.

5. On the date, time and location as aforesaid, a presently unknown employee, agent and/or servant of the Defendant Amazon.Com, Inc. was operating a motor vehicle within the scope of their employment, agency and/or servitude with the Defendant Amazon.Com, Inc.

6. At the date, time and location as aforesaid, the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1, did operate the aforesaid motor vehicle in a careless and/or negligent manner so as to cause the motor vehicle to strike pedestrian Herbert Segal and which said collision resulted in pedestrian Herbert Segal to sustain severe and serious personal injuries and damages as hereinafter set forth.

7. The injuries and damages hereinafter set forth was caused solely by and were the direct and proximate result of the carelessness and/or negligence of the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1, in any and/or all of the following respects:

A. In operating the motor vehicle without making proper observations for pedestrians;

B. In operating the motor vehicle while their vision was hindered and/or obscured;

C. In failing to have the motor vehicle under proper and adequate control;

D. In operating the motor vehicle as a high, dangerous and/or careless speed under the circumstances;

E. In operating the motor vehicle when the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as John Doe 1, saw or in the exercise of

reasonably due diligence should have seen that continued operation in would result in a collision with pedestrian Herbert Segal;

F. In failing to operate the brakes of the motor vehicle in such a manner so as prevent the motor vehicle from colliding with pedestrian Herbert Segal;

G. In failing to yield the right of way to pedestrian Herbert Segal.

8. Solely as a direct and proximate result of the carelessness and/or negligence of the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1 as aforesaid, Herbert Segal has sustained the following injuries all of which are or may be of serious and permanent nature and which include but are not limited to traumatic brain injury, compound fractures to the right leg, abrasions to the face and a hematoma to the back of the head.

9. As a further a direct and proximate result of the carelessness and/or negligence of the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1 as aforesaid and the injuries as a aforesaid, Herbert Segal and/or the Estate of Herbert Segal was caused to incur, continues to incur and will incur in the future, diverse and ruinous medical expenses including but not limited to large sums of money for surgical and medical attention, hospitalizations, medical supplies, surgical appliances, medicines, long-term assisted living and/or rehabilitation facilities, nursing and attendant services.

10. As a further a direct and proximate result of the carelessness and/or negligence of the presently unknown employee, agent and/or servant of Defendant Amazon.Com, Inc. who is presently identified as Defendant John Doe 1 as aforesaid and the injuries as aforesaid, Herbert Segal has suffered and will continue to suffer great pain, suffering, inconvenience, embarrassment and mental anguish.

WHEREFORE, Plaintiff Dr. Russell I. Abrams as Guardian of the Person and of the Estate of Herbert Segal demands judgment against the Defendants Amazon.Com, Inc. and/or John Doe 1 on this Count in an amount in excess of Fifty Thousand and 00/100 ($50,000.00) Dollars, plus interest and costs.

**FLYNN & ASSOCIATES, P.C.**

BY: ______________________
Alfred J. Falcione, Esquire
Attorney for the Plaintiff

DATED: 11/29/24

# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA
ORPHAN'S COURT DIVISION

| | | |
|---|---|---|
| In re: Estate of Herbert Segal,<br>an alleged Incapacitated Person<br><br>DOB [redacted] | :<br>:<br>:<br>:<br>: | Orphan's Court No. 0322-2024-O |

**DECREE**

AND NOW, this 17th day of June 2024, upon consideration of the Petition of Kindred Hospital for Adjudication of Incapacity and the Appointment of Plenary Guardian of the Person and of the Estate of Herbert Segal, and after hearing held, this Court finds by clear and convincing evidence that:

1. HERBERT SEGAL is [redacted] years of age and is a domiciliary of Delaware County, PA.

2. HERBERT SEGAL has been diagnosed with a Traumatic Brain Injury.

3. HERBERT SEGAL's mental disabilities so impair his capacity to receive and evaluate information effectively and to make and communicate decisions that he is totally unable to manage his financial affairs and meet essential requirements for his physical health and safety.

4. HERBERT SEGAL is in need of guardianship services.

Accordingly, it is hereby ORDERED and DECREED that HERBERT SEGAL is adjudged a totally incapacitated person and that DR. RUSSELL IRA ABRAMS is appointed Plenary Guardian of the Person and Estate of HERBERT SEGAL, an incapacitated person with powers and duties including, but not limited to the following: (1) to determine any needs for and

the provision of medical treatment; (2) to provide for the continued care and well-being of HERBERT SEGAL, including to consent to and authorize admission to a long-term care or other appropriate care facility; (3) to oversee his care at any long-term care or other facility; (4) to complete and as necessary to sign any necessary insurance and Medical Assistance forms for the provision of necessary care and/or coverage thereof; (5) to ascertain the amount and extent of any assets of and to use such funds as necessary to fulfill the preceding duties; (6) to ascertain the amount and extent of any assets of the alleged incapacitated; and (7) any other necessary provisions for the continued care and well-being of HERBERT SEGAL all in accordance with the provision of 20 Pa. C.S.A. §5501 et seq. and as limited therein. Bond is waived.

It is further ORDERED that all previously executed powers of attorney are hereby revoked.

The said Plenary Guardian of the Estate is directed to file an Inventory within Ninety (90) days of the date of this Decree in accordance with the provisions of 20 Pa. C.S.A. § 5521(b) and § 5142, and shall have the authority to spend reasonable amounts from income for the care and maintenance of HERBERT SEGAL without Court approval, but is not permitted to expend principal of the incapacitated person's estate without permission of the Court in accordance with the provisions of 20 Pa. C.S.A. § 5536. Any Will of HERBERT SEGAL shall be presented to the Court for its inspection at the time of filing of the Inventory. Such Will shall not be available for public inspection.

The said Plenary Guardian shall file Annual Reports at least once within the first twelve (12) months of the appointment and at least annually thereafter in accordance with the provisions of 20 Pa. C.S.A. § 5521(c)(1)(i) and (c)(1)(ii).

Within sixty days after the death of the incapacitated person or an adjudication of capacity, the Plenary Guardian of the Person shall file a Final Report with the court pursuant to 20 Pa. C.S.A. §5521(c)(2).

Accordingly, counsel for the Petitioner shall cause to be served upon and read to HERBERT SEGAL a copy of this Decree and Statement of Rights, and file proof of such service with the court within ten (10) days.

BY THE COURT:

________________ J.

## VERIFICATION

I, Dr. Russell I. Abrams as Guardian of the Person and of the Estate of Herbert Segal, certify that I am the within-named plaintiff and that the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsifications to authorities.

Russell Abrams

Russell I. Abrams

DATED: 11/20/24

Signature: Russell Abrams (Nov 20, 2024 12:50 EST)

Email: neurodocruss@aol.com

## AFFIDAVIT OF SERVICE

Filed and Attested by the
Office of Judicial Records
19 DEC 2024 11:51 am
S. GILLIAM

**Commonwealth of Pennsylvania** **County of Philadelphia** **Common Pleas Court**

Case Number: DECEMBER 2024 0161

Plaintiff:
**DR. RUSSELL I. ABRAMS AS GUARDIAN OF THE PERSON AND OF THE ESTATE OF HERBERT SEGAL**

vs.

Defendant:
**AMAZON.COM, INC.**

For:
FLYNN & ASSOCIATES
2000 Academy Dr.
Ste 200
Mount Laurel, NJ 08054

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **AMAZON.COM, INC., c/o CSC, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808**.

I, Ronald Brown, being duly sworn, depose and say that on the **13th day of December, 2024** at **12:10 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **COMPLAINT** to **KIOSK/DROP BOX** as **CURRENT PROCEDURE**, who stated they are authorized to accept service for: **AMAZON.COM, INC.** at the address of: **c/o CSC, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THERE IS NO CONTACT WITH A CSC REPRESENTATIVE AT THIS LOCATION. ALL SERVICE INFORMATION IS ENTERED INTO A KIOSK AND THE DOCUMENTS ARE PLACED IN A DROP BOX NEXT TO THE KIOSK.

I am over the age of 18 and have no interest in the above action.

**Ronald Brown**
Process Server

**COURT HOUSE LEGAL SERVICES, INC.**
**112 Haddontowne Ct, Ste. 304**
**Cherry Hill, NJ 08034**
**(856) 428-4700**

Our Job Serial Number: CHL-2024012298
Ref: 24-49881

Subscribed and Sworn to before me on the 16th day of December, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
CHRISTOPHER J MULLEN - Notary Public
Philadelphia County
My Commission Expires May 27, 2027
Commission Number 1227476

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a